```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 07-cv-02647-JF |
| | : | |
| LUIS VASQUEZ | : | (Crim. NO. 03-548-01) |

<u>MEMORANDUM AND ORDER</u>

Fullam, Sr. J.                                             August 3, 2007

      Defendant has filed a motion for reconsideration of this court's Memorandum and Order filed July 10, 2007, which rejected plaintiff's motion under 18 U.S.C. § 2255.  Defendant asserts that several of his claims for relief were overlooked in that decision.

      I agree that certain of defendant's contentions were not specifically discussed in this court's Memorandum in support of the July 10, 2007 ruling, but that was because they did not require discussion.  It remains true that petitioner's principal allegations center upon his assertion that the evidence at trial was insufficient to support his conviction (because the government relied upon the testimony of informants who should not have been allowed to testify).  Defendant also asserts that trial counsel's closing argument was inadequate, that the trial court lacked jurisdiction (because he robbed a state bank rather than a federal bank), and that trial and appellate counsel were inadequate for failing to raise these defects at any point.  The lack of merit in these contentions is, I believe, self-evident.

Defendant also makes a general assertion that trial counsel failed to conduct an adequate investigation, but there is no suggestion that any useful information remained undiscovered. There is simply no merit to any of defendant's arguments.

An Order follows.

```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA        :       CIVIL ACTION
                                :
          v.                    :       NO. 07-cv-02647-JF
                                :
LUIS VASQUEZ                    :       (Crim. NO. 03-548-01)
```

ORDER

AND NOW, this 3rd day of August 2007, upon consideration of the motion of Luis Vasquez for reconsideration of this court's Memorandum and Order dated July 10, 2007, IT IS ORDERED:

That upon further consideration, the motion for reconsideration of this court's Order dated July 10, 2007 is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.